Janae Perry-Meier (031519)
LAW OFFICES OF DONALD W. HUDSPETH, P.C.
3200 N. Central Avenue, Suite 2500
Phoenix, Arizona 85012
(602) 265-7997 Phone
Court@azbuslaw.com
JPM@azbuslaw.com

MANDOUR & ASSOCIATES, APC
Joseph A. Mandour (SBN 188896)
Email: jmandour@mandourlaw.com
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Attorneys for Defendant
TSE WORLDWIDE PRESS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED PORTRAITS HOLDINGS, LLC, an Arizona Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TSE WORLDWIDE PRESS, INC., a California Corporation; ABC CORPORATIONS I-X; XYZ PARTNERSHIPS AND/OR SOLE PROPRIETORSHIPS I-X; JOHN DOES I-X; AND JANE DOE I-X,<br><br>Defendants. | **Case No.**<br><br>(Formerly Maricopa County Superior Court Case No.: CV2018-004188)<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1, Fed. R. Civ. P., Defendant TSE Worldwide Press, Inc. (hereinafter "Defendant") discloses that there is no parent corporation or any publicly held corporation owning 10% or more of Defendant's shares.

Respectfully Submitted,

Date: April 20, 2018              s/ Janae A. Perry-Meier
Janae A. Perry-Meier
LAW OFFICES OF DONALD W. HUDSPETH, P.C.
3200 North Central Avenue, Suite 2500
Phoenix, Arizona 85012
Email: jpm@azbuslaw.com


               s/ Ben T. Lila
Ben T. Lila, *pro hac vice* anticipated
MANDOUR & ASSOCIATES, APC
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Email: blila@mandourlaw.com
*Attorneys for Defendant,*
*TSE WORLDWIDE PRESS, INC.*

# CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2018, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, and to the extent any party is not a CM/ECF Registrant at the time of filing this Notice of Removal, a copy is mailed this date by U.S. Mail and email:

Paul Briggs
LAW OFFICE OF PAUL M. BRIGGS, PLLC
80 East Columbus Avenue
Phoenix, AZ 85012
Telephone: (602) 264-1977
Facsimile: (602) 467-3200
Email: paul@briggs-law.com

Date: April 20, 2018                    /s/ Michelle Arrington
                                            Michelle Arrington